IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ELMORE B. RICHEY,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, et al.<br><br>Defendants. | CV-17-80-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** the Plaintiff will re-file the Motion for Leave to Amend the Complaint, (Doc. 32) and any other filings that reflect the amended caption Colleen L. Johnson, as Personal Representative for the Estate of Elmore B. Richey, Deceased. The caption cannot be amended before the Court rules on the Motion for Leave to Amend the Complaint.

DATED this 3rd day of October, 2017.

Brian Morris
United States District Court Judge

-1-